UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:11-cr-00604-WFJ-JSS

JOSE SAMIR RENTERIA CUERO
_____/

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

THIS MATTER is before the Court on a referral from District Court Judge William F. Jung regarding appointment of counsel for Amendment 821 proceedings. As Defendant is financially unable to employ counsel, and does not wish to waive counsel, and because the interests of justice so require, it is **ORDERED** that the Federal Public Defender is appointed to represent Jose Samir Renteria Cuero.

**ORDERED** in Tampa, Florida, on February 22, 2024.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE