UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:11-cr-604-WFJ-UAM

JOSE RENTERIA CUERO

_____/

## ORDER

THIS CAUSE came on for consideration upon the defendant's Motion for An Order Directing the Government to Procure/Produce Petitioner's Medical Records and Additional Medical in Support of Motion for Sentence Reduction Under 18 U.S.C. §3582(c)(2) and 1 U.S.S.G. § 1B1.10 (Doc. 64) and Motion for An Order Directing the Government to Procure/Produce Petitioner's Post-Rehabilitations Documents in Support of 18 U.S.C. §3582(c)(2) and 1 U.S.S.G. § 1B1.10 (Doc. 65).

The defendant, appearing pro se, files the present motions in connection with seeking a reduced sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10, because of Amendment 821. Although consideration of these motions was initially stayed (Doc. 74), these matters are appropriately addressed upon receipt of the Amendment 821

Memorandum from United States Probation. Thus, the motions will be denied without prejudice.

It is, therefore, upon consideration,

ORDERED:

1. That the defendant's Motion for An Order Directing the Government to Procure/Produce Petitioner's Medical Records and Additional Medical in Support of Motion for Sentence Reduction Under 18 U.S.C. §3582(c)(2) and 1 U.S.S.G. § 1B1.10 (Doc. 64) be, and the same is hereby, **DENIED without prejudice**.

2. That the defendant's Motion for An Order Directing the Government to Procure/Produce Petitioner's Post-Rehabilitations Documents in Support of 18 U.S.C. §3582(c)(2) and 1 U.S.S.G. § 1B1.10 (Doc. 65).be, and the same is hereby, **DENIED without prejudice.**

DONE and ORDERED at Tampa, Florida, this 11th day of September, 2024.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE